**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01136-REB-MEH

RAJU BOPARDIKAR,

    Plaintiff,

v.

MORGAN STANLEY & COMPANY INCORPORATED,

    Defendant.

## SCHEDULING ORDER

**Blackburn, J.**

The matter before me is **Plaintiff's Motion for Order Staying Arbitration** [#4] filed June 6, 2008.

To the extent plaintiff's motion could be read as a motion for a temporary restraining order, it was denied by Chief Judge Nottingham in his **Order** [#8] entered in my stead on June 11, 2008.

Construing plaintiff's motion as a motion for a preliminary injunction, I conclude that a scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing necessary to resolve the pending motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant **SHALL FILE** a response[1] to the motion by close of business on Wednesday, June 18, 2008;

---

[1] The response is subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 15.

2. That plaintiff **SHALL FILE** a reply[2] to defendant's response by close of business on Monday, June 23, 2008; and

3. That the court **SHALL HEAR** the **Plaintiff's Motion for Order Staying Arbitration** on Wednesday, June 25, 2008, commencing at 1:30 p.m. (MDT), reserving the balance of the afternoon, if necessary.[3]

Dated June 11, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[2] The reply is subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 10.

[3] The hearing shall be conducted in courtroom A701 in the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, CO 80294. At the outset of the hearing, the court will allocate the available time between the parties.