# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-01136-REB-MEH

RAJU BOPARDIKAR,

    Plaintiff,

v.

MORGAN STANLEY & COMPANY INCORPORATED,

    Defendants.

## ORDER TO SET DATE FOR SUMMARY TRIAL

**Blackburn, J.**

    The matter before me is **Plaintiff's Motion for Order Staying Arbitration** [#4], filed June 9, 2008. After a hearing on June 25, 2008, I issued an order [#25] staying the arbitration proceedings that are the subject of this case. I stayed the arbitration to permit the parties and the court to complete the procedures required by 9 U.S.C. § 4. Section 4 explicitly contemplates that the court will conduct a summary trial to determine whether or not the parties have an agreement to arbitrate.

    The court anticipates that a brief summary trial to the court of no more than six hours, and possibly substantially less, will be sufficient to make this determination. The court further anticipates that a summary trial can be scheduled for sometime prior to July 18, 2008. Absent a discrete request for discovery based on good cause shown, the court will presume that all relevant discovery has been disclosed, produced, and exchanged by the parties.

**THEREFORE, IT IS ORDERED** as follows:

1.  That counsel for the parties **SHALL CONTACT** the court's administrative assistant, **Susan Schmitz, at (303) 335-2350** on **July 2, 2008, at 10:00 a.m.**, to schedule a date for a summary trial under 9 U.S.C. § 4; and

2.  That counsel for the plaintiff shall arrange, schedule, and coordinate the conference call necessary to facilitate the setting conference.

Dated July 1, 2008, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn**
                                         **United States District Judge**