IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01136-REB-MEH

RAJU BOPARDIKAR,

    Plaintiff,

v.

MORGAN STANLEY & CO. INCORPORATED,

    Defendant.

---

# MINUTE ORDER[1]

---

The matter comes before the court on **Defendant's Unopposed Motion for Leave To Present Telephonic Testimony or, Alternatively, Opposed Motion To Continue Hearing** [#19] filed July 15, 2008. After review of the motion and the file, the court has concluded that the motion should be granted in part and denied in part as moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Unopposed Motion for Leave To Present Telephonic Testimony or, Alternatively, Opposed Motion To Continue Hearing** [#19] filed July 15, 2008, is **GRANTED** in part and **DENIED** in part as moot:

    a. That the motion is granted insofar as it seeks judicial approbation to present the testimony of Wendy Robinson by telephone on July 17, 2008; and

    b. That the motion is denied as moot insofar as it requests a continuance of the summary proceedings set to commence July 17, 2008; and

2. That the defendant shall arrange, schedule, coordinate, and finance the telephone call necessary to facilitate the presentation of testimony of Wendy Robinson by telephone on July 17, 2008, at or about 9:00 a.m. (MDT).

Dated: July 16, 2008.

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.